IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 3, 2008

Charles R. Fulbruge III
Clerk

No. 07-40973
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LONNEY CHARLES WILLIAMS

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:06-CR-61-1

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Lonney Charles Williams has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Williams has filed a response. Our independent review of the record, counsel's brief, and Williams's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

herein, Williams's motion for the appointment of counsel is DENIED, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.